UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOSEPH PAUL BAKER,<br><br>　　　　Plaintiff,<br>v.<br><br>THE CITY OF WOODBURY,<br>JOHN WALLGREN, CHRIS KLEIN,<br>J. B. GUITON,<br><br>　　　　Defendants. | Case No.  20-cv-1787 (DSD-JFD)<br><br><br><br>ORDER FOR QUALIFIED<br>PROTECTIVE ORDER<br>PURSUANT TO HIPAA |

Based upon the Stipulation of counsel, the Court hereby enters this Qualified Protective Order as follows:

1. The parties may utilize the redacted protected health information relating to the incidents described in the Complaint, including Prehospital Care Reports; the protected health information may be disclosed to and discussed with counsel, those healthcare providers who are integral to the case, and expert witnesses; and those designated witnesses may testify regarding said protected health information;

2. The parties reserve their right to object to the admissibility of these records, testimony, and/or information on other grounds as provided by the Federal Rules of Evidence;

3. The parties are prohibited from using or disclosing any protected health information obtained by Plaintiff for any purposes outside of this litigation; and

4. Once this litigation is settled and/or final judgment is entered, Plaintiff, Defendants, and others to whom the protected health information has been disclosed pursuant to this Order will destroy all protected health information (including any and all copies made).

Date: October 17, 2022

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge