# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Joseph Paul Baker, | **COURT MINUTES** |
| | BEFORE: JOHN F. DOCHERTY |
| Plaintiff, | U.S. MAGISTRATE JUDGE |
| v. | |
| | Case No.: 20-cv-1787 (DSD/JFD) |
| The City of Woodbury, John Wallgren, individually and in his official capacity, Chris Klein, individually and in his official capacity and J. B. Guiton, individually and in his official capacity, | Date: November 18, 2022 |
| | Location: Courtroom 6A, St. Paul |
| | Court Reporter: Tim Willette |
| | Time Commenced: 12:58 p.m. |
| | Time Concluded: 1:29 p.m. |
| | Time in Court: 31 min. |
| Defendants. | |

---

## MOTION HEARING

**APPEARANCES:**

**For Plaintiff:**     Kenneth Udoibok
**For Defendants:**   Trevor Johnson

**PROCEEDINGS**:

The Court held a motion hearing on Defendants' Motion for a Protective Order. (Dkt. No. 44.) The Court **GRANTED IN PART AND DENIED IN PART** the motion in a ruling from the bench. The order as stated on the record is the complete order of the Court and no written order will issue.

Defense counsel will email a copy of the proposed changes to the existing protective order (Dkt. No. 18) to the Court and to Plaintiff's counsel. Plaintiff's counsel will have 48 hours to respond to the proposed changes via email.

s/*ATB*
Judicial Law Clerk