UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Joseph Paul Baker, | Case No. 20-cv-1787-DSD-JFD |
| Plaintiff, | |
| v. | |
| The City of Woodbury, John Wallgren, individually and in his official capacity, Chris Klein, individually and in his official capacity and J. B. Guiton, individually and in his official capacity. | **ORDER AMENDING THE MARCH 23, 2022 AMENDED PRETRIAL SCHEDULING ORDER FOR EXPERT DISCLOSURES** |
| Defendants. | |

---

**WHEREAS,** the parties Stipulation to Amend the Amended Pretrial Scheduling Order dated March 23, 2022 is before the Court on the papers (Dkt. No. 66);

**WHEREAS**, the detailed description of the actions of counsel for Plaintiff and counsel for Defendant set forth in the Stipulation provides good cause, within the meaning of Fed. R. Civ. P. 16(b)(4), to amend the March 23, 2022 Amended Pretrial Scheduling Order related to Expert disclosures;

**NOW, THEREFORE, IT IS HEREBY ORDERED**, that the Court's Order Amending the Amended Pretrial Scheduling Order dated March 23, 2022, shall be amended as follows:

## EXPERTS

1. Disclosure of the identities of expert witnesses under Rule 26(a)(2)(A), the full disclosures required by Rule 26(a)(2)(B) (including the written report prepared and signed by each expert witness), and the full disclosures required by Rule 26(a)(2)(C), must be made as follows:

- Identification by Plaintiff on or before **December 1, 2022.**

- Rule 26(a)(2)(B) and 26(a)(2)(C) disclosures by Plaintiff on or before **December 1, 2022.**

- Identification by Defendant on or before **March 1, 2023.**

- Rule 26(a)(2)(B) and 26(a)(2)(C) disclosures by Defendant on or before **March 1, 2023.**

- Rebuttal expert identities and disclosures on or before **April 1, 2023.**

2. Expert discovery, including depositions, must be completed by **June 1, 2023.**

All other dates in the First Amended Scheduling Order shall remain the same.


Dated:  January 4, 2023            *s/ John F. Docherty*
                                   JOHN F. DOCHERTY
                                   United States Magistrate Judge